USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 96-2033 UNITED STATES, Appellee, v. VINCENT LOMBARDI, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Raymond J. Pettine, Senior U.S. District Judge] __________________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Vince Lombardi on brief pro se. ______________ Sheldon Whitehouse, United States Attorney, and Andrew J. Reich, __________________ ________________ Assistant United States Attorney, on brief for appellee. ____________________ October 17, 1997 ____________________ Per Curiam. Upon careful review of the briefs and __________ record, we perceive no reason to set aside appellant's plea or sentence. The plea proceedings reveal no fundamental defect or miscarriage of justice. Appellant's argument regarding the scope of 18 U.S.C. 371 is meritless. See United States v. ___ _____________ Brandon, 17 F.3d 409, 422 (1st Cir.), cert. denied, 513 U.S. _______ ____________ 820 (1994). The record does not support appellant's claims that his plea was coerced and that the plea colloquy was confusing or inadequate. Further, as the district court carefully ascertained the voluntariness of appellant's plea, and his plea agreement reflected the reciprocal arrangement with the codefendant, we are not compelled to set aside the plea. Cf. United States v. Martinez-Molina, 64 F.3d 719, ___ _____________ _______________ 732-34 (1st Cir. 1995).  The sentencing proceedings reveal no clear error as to the adjustments under U.S.S.G. 2B1.1(b)(4)(B) & 3B1.1(c) or otherwise. And, by providing that the restitution order was subject to reconsideration, the district court adequately took into account appellant's ability to pay.  Appellant's remaining arguments do not merit further comment. We do not address appellant's claims regarding ineffective assistance of counsel, as such claims must be -2- presented to the district court in the first instance in a motion under 28 U.S.C. 2255.  Affirmed. See 1st Cir. Loc. R. 27.1. ________ ___ -3-